479 F.2d 1328
 ASSOCIATES DISCOUNTS CORPORATION, Plaintiff-Appellant,
v.
Louis RAY, Defendant-Appellee.
 No. 73-1009.
 United States Court of Appeals,
Fifth Circuit.
 June 22, 1973.
 
 Louis D. Smith, Monroe, La., George E. Herendeen, South Bend, Ind., for plaintiff-appellant.
 Hewitt B. Johnson, Don H. Johnson, Robert C. Cudd III, Monroe, La., for defendant-appellee.
 Before GEWIN, THORNBERRY and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 For reasons adequately stated in the opinion of the district court, 359 F.Supp. 73 (W.D.La.1973), the judgment is affirmed.